19729—Jamet Halliday v. JJohn J. Clancey; motion for Cuyahoga Appeals to certify. R.

A. Halliday and R. G. Curren, Cleveland, for pltf; Gauglin & Collins, Cleveland, for deft.

